# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:00-CR-030050-01-MC |
| Plaintiff, | ORDER TO DISMISS GARNISHMENT |
| v. | |
| JEFFREY J. FRANK, | |
| Defendant. | |
| and | |
| OREGON DEPARTMENT OF REVENUE, | |
| Garnishee. | |

Upon motion of the United States of America, it is hereby ORDERED that the garnishment in the above-named action be dismissed pursuant to 28 U.S.C. § 3205(c)(10)(A). Any payments collected from Garnishee after August 23, 2025 are to be returned to Garnishee.

DATED this  25th  day of September, 2025.

    s/Michael J. McShane
HONORABLE MICHAEL J. MCSHANE
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/M. Alex DeLorenzo*
M. ALEX DELORENZO, OSB #203641
Assistant United States Attorney